UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA ) | |
| ) | |
| v. ) | CASE NO. 3:13-00060-2 |
| ) | JUDGE SHARP |
| DENISE COHN ) | |
| ) | |

## O R D E R

At the sentencing held on November 15, 2013, the Defendant was sentenced to time served. The judgment will be forthcoming.

It is so ORDERED.

*Kevin H. Sharp*
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE